924

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. ALLAN B. STEVENS, Defendant-Appellant.

(No. 70-120; )

Third District—September 28, 1971.

*Abstract of Decision*

PER CURIAM.

Bruce Stratton, of Defender Project, of Ottawa, for appellant.

James N. DeWulf, State's Attorney, of Rock Island, for the People.